In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00115-CV

                                                ______________________________

 

 

 

                               IN THE INTEREST OF
C.A.A., A CHILD

 

 

                                                                                                  


 

 

                                            On Appeal from the County Court at Law

                                                           Hopkins County, Texas

                                                          Trial Court
No. CV39205

 

                                                                
                                  

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            Matthew
Dale Allen, appellant, filed his notice of appeal October 28, 2010.

            There
is no information to indicate Allen has made efforts to have the clerk’s record
filed with this Court.  Further, Allen
has not paid a filing fee or made any claim of indigency.  See
Tex. R. App. P. app. A
(B)(1); 20.1.  On January 3, 2011, we
contacted Allen by letter, giving him an opportunity to cure the various
defects, and warning him that if we did not receive an adequate response within
ten days, this appeal would be subject to dismissal for want of
prosecution.  See Tex. R. App. P.
42.3(b), (c).

            We
have received no communication from Allen. 
Pursuant to Tex. R. App. P.
42.3(b), we dismiss this appeal for want of prosecution.

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          January
25, 2011

Date Decided:             January
26, 2011